UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

                Plaintiff,

  v.

PATRICIA THOMAS,

                Defendant.

Case No. C19-669-TSZ

**ORDER DENYING EXTENSION OF TIME TO FILE OBJECTIONS**

Plaintiff's motion for an extension of time to file objections, Dkt. 7, has been referred to the undersigned. The Court issued a report and recommendation on May 8, 2019 recommending the Court dismiss plaintiff's complaint that a one week deprivation of a towel violated his constitutional rights. Dkt. 6. On May 14, 2019 plaintiff file a motion for more time to object contending he needs more time to perform legal research. Plaintiff has filed many complaints with the court this month. In addition to this case, he filed two additional complaints in May. *See Eckard v. Caraway*, 19-679 an *Eckard v. Ayala*, 19-668. It appears he has no barriers to filing legal pleadings with the Court. Additional time to object to the Report and Recommendation in this case is thus unwarranted. Moreover, the case before the Court is quite narrow. Plaintiff claims he was denied a towel for a week. The case does not cry out for additional time to respond to the report and recommendation.

      The Court accordingly ORDERS:

ORDER DENYING EXTENSION OF TIME TO FILE OBJECTIONS - 1

1. The motion for extension, Dkt. 7, is DENIED;

2. Objections to the Report and Recommendation are due May 24, 2019;

3. The Clerk shall send a copy of this Order to plaintiff.

DATED this 17th day of May, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING EXTENSION OF TIME TO FILE OBJECTIONS - 2